# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PPL ELECTRIC UTILITIES,** *et al.* | : : : | **CIVIL ACTION** |
| **v.** | : : | **NO. 24-0072** |
| **IBEW LOCAL 1600** | : : | |

## ORDER

**AND NOW,** this 21st day of July, 2025, upon consideration of the parties' cross motions for summary judgment, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment (ECF No. 17) is **GRANTED**.

2. Defendant's Motion for Summary Judgment (ECF No. 19) is **DENIED**.

3. The case is remanded to arbitration for further proceedings consistent with this Order. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                              **BY THE COURT:**

                                              *s/ Catherine Henry*
                                              **HON. CATHERINE HENRY**
                                              **United States District Court Judge**